ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Direct Steel, LLC | ) ASBCA No. 63837 |
| | ) |
| Under Contract No. W9126G-21-C-0003 | ) |

APPEARANCES FOR THE APPELLANT:        Mr. Matthew D. Nagel
   Vice President

   Kendall Woods, Esq.
   Mark Noth, Esq.
    Laurie & Brennan, LLP
    Chicago, IL

APPEARANCES FOR THE GOVERNMENT:        Michael P. Goodman, Esq.
   Engineer Chief Trial Attorney
   R. Stephen Cheak, Esq,
    Trial Attorney
    U.S. Army Engineer District, Fort Worth

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  September 15, 2025

THOMAS P. MCLISH
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63837, Appeal of Direct Steel, LLC, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals